INTERP

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.1 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:19-cr-00574-1
### Internal Use Only

Case title: USA v. Shekh  
Other court case number: 19-M-160(DEJ) USDC ED/WI

Date Filed: 07/16/2019

Assigned to: Honorable Susan E. Cox

**Defendant (1)**

**Mahmadyasin Shekh**     represented by     **Stephen Francis Hall**
Law Office of Stephen F. Hall
53 West Jackson Boulevard
Suite 1437
Chicago, IL 60604
312.858.4400
Email: stephen@sfhall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| FRAUDS AND SWINDLES | |

**Plaintiff**

**USA** represented by **Kartik K. Raman**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 469-6026
Email: kartik.k.raman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2019 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Susan E. Cox as to Mahmadyasin Shekh (1) (sxb, ) (Entered: 07/16/2019) |
| 07/16/2019 | 2 | MINUTE entry before the Duty Judge as to Mahmadyasin Shekh: Defendant ordered to appear and be transported by U.S. Marshals Service for a Detention Hearing set for 7/18/2019 at 02:30 PM. Mailed notice (np, ) (Entered: 07/17/2019) |
| 07/16/2019 |  | ARREST of defendant Mahmadyasin Shekh (sxb, ) (Entered: 07/18/2019) |
| 07/16/2019 | 4 | ORDER as to Mahmadyasin Shekh: Removal proceeding held. Hindi interpreter present and sworn in. Defendant appears in response to arrest on 7/16/2019. Defendant informed of his constitutional rights. Stephen F. Hall appeared on behalf of the Defendant. Defendant waives identity hearing. Defendant informed of the charges against him and of the possible sentence and fine if convicted of those charges. Government is seeking detention based on serious risk of flight. Detention hearing is set for 7/18/2019 at 2:30 p.m. in Courtroom 1743. Defendant is remanded into federal custody. As discussed on the record, the Government will inquire and inform the Court regarding consulate notification. Signed by the Honorable Susan E. Cox on 7/16/2019. Mailed notice. (sxb, ) (Entered: 07/18/2019) |

Case 2:19-cr-00141-JPS   Filed 07/22/19   Page 2 of 3   Document 2

| | | |
|---|---|---|
| 07/16/2019 | 5 | ATTORNEY Appearance for defendant Mahmadyasin Shekh by Stephen Francis Hall (sxb, ) (Entered: 07/18/2019) |
| 07/17/2019 | 3 | PRETRIAL Bail Report as to Mahmadyasin Shekh (SEALED) (Gialanella, Laura) (Entered: 07/17/2019) |
| 07/18/2019 | 6 | ORDER as to Mahmadyasin Shekh: Case set for a detention hearing. Hindi interpreter present. Defendant waived detention without prejudice at this time. Defendant is ordered removed in custody to the Eastern District of Wisconsin for further proceedings. Signed by the Honorable Susan E. Cox on 7/18/2019. Mailed notice. (sxb, ) (Entered: 07/19/2019) |
| 07/18/2019 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Defendant Mahmadyasin Shekh committed to Eastern District of Wisconsin. Signed by the Honorable Susan E. Cox on 7/18/2019. Mailed notice. (sxb, ) (Entered: 07/19/2019) |

Case 2:19-cr-00141-JPS   Filed 07/22/19   Page 3 of 3   Document 2